UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christie Materni,

       Plaintiff,      Case No. 3:14-cv-02530

  -vs-

                <u>CASE MANAGEMENT</u>
                <u>CONFERENCE ORDER</u>

CCL Label, Inc.,

       Defendant.


1. The case management conference was conducted on February 6, 2015.

2. After consultation with the parties and counsel, the Court determined that this case will proceed on the standard track.

3. Deadline for amending pleadings and adding parties: May 30, 2015

4. Discovery:

  a. Rule 26(a) disclosures: February 20, 2015

  b. Fact Discovery: November 20, 2015

  c. Initial disclosure report(s): August 30, 2015

  d. Rebuttal disclosure report(s): September 30, 2015

5. Telephone status hearing (Court will initiate the call): October 14, 2015 at 10:00 AM.

6. Discovery disputes:

  a. No motion relating to discovery may be filed unless the parties, as required by Local Rule 37.1, have undertaken in good faith to resolve discovery disputes, and, if unable to do so, have contacted the court with a request for judicial resolution. Counsel may notify the court of a request

to resolve a discovery dispute by telephone, e-mail, fax or other informal means.

7.Inadvertent Disclosure:

a.Pursuant to Evidence Rule 502(d), an inadvertent disclosure of a communication or information covered by the attorney-client privilege or work-product protection made in connection with this litigation shall not constitute a waiver of that privilege or protection in this or any other federal or state proceeding.

8.The parties have agreed to a method for conducting discovery of electronically-stored information.

9.Without leave of Court, no discovery material shall be filed, except as necessary to support dispositive motions.

10.Dispositive motions:

a.Motion(s) to be filed by January 15, 2016

b.Opposition to be filed by February 16, 2016

c.Reply to be filed by March 7, 2016

d.All documents must be filed as PDF documents in text searchable format.  All exhibits must be specifically identified.  Failure to comply with these requirements will result in the Clerk's Office marking the document(s) as a filing error and counsel will be required to re-file said document to be in compliance with this order.

.It is So Ordered.

 s/ Jeffrey J. Helmick
United States District Judge